■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD BROWN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 20, 1976, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631). Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DUNBAR, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 3, 1976, convicting him of three counts of criminal sale of a controlled substance in the third degree, three counts of criminal possession of a controlled substance in the third degree, and three counts of criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the convictions of criminal possession of a controlled substance in the third degree (three counts) and criminal posses-sion of a controlled substance in the seventh degree (three counts), and the sentences imposed thereon, and the said counts are dismissed. As so modi-fied, judgment affirmed. The six counts of criminal possession of a controlled substance are lesser included offenses of the charges of criminal sale of a controlled substance, of which the defendant-appellant was convicted. As such, the possession counts should have been dismissed (see CPL 300.40, subd 3, par [b]). Cohalan, J. P., Rabin, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v CHESTER LEE FLANDERS, Appellant.—Appeal by defendant from a judgment of the Su-preme Court, Westchester County, rendered July 23, 1976, convicting him of attempted murder in the first degree, criminal possession of a weapon in the second degree (four counts), attempted robbery in the first degree (two counts), assault in the second degree (two counts) and unlawful imprison-ment in the first degree (two counts), upon a jury verdict, and imposing sentence. Defendant's notice of appeal is deemed to have been timely filed (see CPL 460.30). Judgment affirmed. No opinion. Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. HARRIS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 25, 1976, upon resentence, convicting him of rape in the first degree (four counts), sodomy in the first degree (two counts), sexual abuse in the first degree (five counts) and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the convictions of sexual abuse in the first degree (five counts), and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed (see *People v Webster,* 54 AD2d 703). Cohalan, J. P., Rabin, Titone and Hawkins, JJ., concur.